contrary to the fair administration of criminal justice and due process provisions of the United States Constitution.

"5. Whether a criminal defendant's constitutional right to the assistance of counsel was violated where following his arrest by the Federal Bureau of Investigation he demanded the protections afforded by presence of counsel and, that same evening, an F. B. I. agent took handwriting exemplars from him that were subsequently used against him at trial of a capital offense, all contrary to the fair administration of criminal justice and due process provisions of the United States Constitution."

'Case transferred to appellate docket.

No. 1138. DUNNING ET UX. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Albert F. Hillix* and *Richard H. Brown* for petitioners. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Lee A. Jackson* for the United States.

No. 1160. BRUNWASSER *v.* PITTSBURGH NATIONAL BANK ET AL. C. A. 3d Cir. Certiorari denied. Petitioner *pro se*. *B. A. Karlowitz* for Pittsburgh National Bank, and *Solicitor General Marshall, Assistant Attorney General Rogovin, Joseph M. Howard* and *John M. Brant* for Warwick, respondents.

No. 1241. MORRISON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Carl A. Swafford* for petitioner. *Solicitor General Marshall* and *Assistant Attorney General Rogovin* for the United States.